UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

IVAN MARTINEZ____,
                              Plaintiff,

            v.                              Civil Action No. 05-11446-GAO

COMMONWEALTH OF MASSACHUSETTS, et al.,
                              Defendants.

ORDER ON SCREENING PURSUANT
TO SECTIONS 1915(e)(2) AND/OR 1915A

Having completed the screening on the merits of plaintiff's complaint pursuant to Sections 1915(e)(2) and/or 1915A:

FINDINGS

1.    The complaint is frivolous, malicious, or fails to state a claim upon which relief may be granted:

      No ☐      Yes ☒ as to defendant(s) Commonwealth of Massachusetts, City of Lowell and Middlesex County.

2.    The complaint seeks relief from a defendant or defendants who are immune from such relief:

      No ☐      Yes ☒      as to defendant(s) Commonwealth of Massachusetts.

3.    Section 1997e(g)(2) provides that:

      "The court may require any defendant to reply to a complaint brought under this section if it finds that the plaintiff has a reasonable opportunity to prevail on the merits."

      42 U.S.C. § 1997e(g)(2).

      Is the complaint sufficient to satisfy the pleading requirements for stating a cognizable claim and does the plaintiff have a reasonable opportunity to prevail on the merits against one or more defendants?

      a. Yes ☐    The Court has so determined and found as to defendant(s):

                  _____

_____

   b.  No ☒   because the Court has determined that the complaint does not satisfy pleading requirements for stating a cognizable claim against:

      ☒  all defendants    ☐  the defendant(s)

_____
_____

   c.  No ☐   because the Court has determined that the likelihood that plaintiff will prevail on the merits falls short of the "reasonable opportunity" standard of the statute, as to claims against:

      ☐  all defendants    ☐  the defendant(s)

_____
_____

   d.  Cannot say

      ☐   It is not feasible for the Court to make a determination on these questions on the present record as to claims against:

      ☐  all defendants    ☐  the defendant(s)

_____
_____

<u>ORDERS</u>

Based upon the foregoing:

1.    The Clerk shall issue summonses and the United States Marshal serve a copy of the complaint, summons and this order as directed by the plaintiff with all costs of service to be advanced by the United States?

      No☒     Yes☐    ☐  as to all defendants

                                    ☐  only as to defendant(s)

                         _____

2.    The Clerk shall dismiss this action unless, on or before the 42nd day from the date of this Order, plaintiff has filed a submission showing good cause why the

Court should find that the pleading is sufficient to state a cognizable claim and that plaintiff will have a reasonable opportunity to prevail on the merits of plaintiff's claims against defendant(s)?

No ☐    Yes ☒    ☒ as to all defendants

☐ only as to defendant(s)

_____

3.    a.    Although defendant(s) may not have been served with a summons and complaint, are the defendant(s) invited but not required to file an answer to aid the Court in reaching a prompt final disposition on the merits?

No ☐    Yes ☒    ☒ as to all defendants

☐ only as to defendant(s)

_____

OR

b.    If the defendant(s) have been served with a summons and complaint, are the defendant(s) required to reply within the time specified in the summons?

No ☐    Yes ☐    ☐ as to all defendants

☐ only as to defendant(s)

_____

 November 30, 2005                         /s/ George A. O'Toole, Jr.
DATE                                       UNITED STATES DISTRICT JUDGE